IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JAN 26 ₱ 12: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

BRIDGEWAY MOBILE            *
DIAGNOSTICS, LLC, an Alabama  *
Limited Liability Company, and  *
DONNA HOOVER,               *
                            *
    Plaintiffs,          *
                            *
v.                          *    CASE NO. 2:07-CV-76-WKW
                            *
TODD P. LINDLEY d/b/a LINDLEY  *
& ASSOCIATES; THEODORE J HOLT*
;HACKARD & HOLT, a Partnership ; *    **ORDER TO SEAL REQUESTED**
PHILIP O. WATTS ; WATTS &    *
WATTS, a Partnership ; ALYSTOCK, *
WITKIN & SASSER, PLC          *
                            *
    Defendants.          *

## Motion for Temporary Restraining Order

Plaintiffs, by their attorneys, move for an immediate temporary restraining order, without requiring the giving of notice of it to defendants or their attorneys, restraining, enjoining and ordering the defendant law firms, their agents, employees, successors, and attorneys, and all those in active concert or participation with them, (i) to refrain immediately, and pending the final hearing and determination of the present action, from paying any portion of settlement funds to Fen-Phen claimants until the amount owed to Bridgeway pursuant to the parties' agreement has first been deducted

or effectuated; (ii) enjoining Defendants Holt, Wyatt and Alystock from paying to Defendant Lindley any portion of the settlement proceeds which are to be allocated to Bridgeway under the March 2, 2005 letter of understanding or other agreement; and (iii) ordering Defendants to immediately pay into the Court the total sum of funds due to Plaintiffs under the parties' agreement, or, in the alternative, placing all such funds into escrow, pending the final resolution of this action. Plaintiff further moves this court for an order setting a date for the hearing on their request for preliminary injunction.

Unless this motion is granted, Plaintiffs will suffer immediate and irreparable loss, damage, or injury as a result of the actions of Defendants before Defendants or their attorneys can be heard in opposition to it, and before a hearing can be had on the motion for preliminary injunction, as more fully appears in the Verified Complaint filed in this action and the certificate of the undersigned, attached to this motion.

Respectfully submitted, this the 26 day of January, 2007.

George L. Beck, Jr. (BEC011)
Richard H. Allen (ALL 052)
Arden Reed Pathak (PAT072)
Attorneys for Plaintiffs

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile:  (334) 323-8888

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion for Temporary Restraining Order shall be served upon the Defendants with the Summons and Complaint.  In addition, a copy has been delivered to the Defendants, at the addresses set forth below, via facsimile, on this the 26 day of January, 2007.

**Todd Lindley**
LINDLEY & ASSOCIATES
5968 W. Northwest Highway, Suite 1806
Dallas, TX 75225
FAX: 972-661-0606

**Theodore J. Holt**
11335 Gold Express Drive, #105
Gold River, California 95670
FAX: 916-853-3010

**HACKARD & HOLT**
11335 Gold Express Drive, #105
Gold River, California 95670
FAX: 916-853-3010

**Phillip O. Watts**
101 N. Robinson, Suite 501
Oklahoma City, OK 73102
FAX: 405-239-2822

3

**WATTS & WATTS**
101 N. Robinson, Suite 501
Oklahoma City, OK  73102
FAX:  405-239-2822

**AYLSTOCK, WITKIN & SASSER, PLC**
Post Office Box 1147
Gulf Breeze, Florida  32562-1147
FAX:  850-916-7449

_____
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

BRIDGEWAY MOBILE     *
DIAGNOSTICS, LLC, an Alabama     *
Limited Liability Company, and     *
DONNA HOOVER,     *
    *
      Plaintiffs,     *
    *
v.     *     CASE NO. 2:07-CV-76-WKW
    *
TODD P. LINDLEY d/b/a LINDLEY     *
& ASSOCIATES; THEODORE J.     *
HOLT; HACKARD & HOLT,     *
a Partnership ; PHILIP O. WATTS ;     *
WATTS & WATTS, a Partnership ;     *
ALYSTOCK, WITKIN & SASSER,PLC     *
    *
      Defendants.     *

## CERTIFICATE OF ATTORNEY ALLEN

I, Richard H. Allen, attorney for Plaintiffs Bridgeway Mobile Diagnostics, L.L.C. ("Bridgeway") and Donna Hoover in this action, certify to the Court, pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure as follows:

1.     On January 26, 2007, our office delivered to the Defendants by facsimile, a copy of the Verified Complaint, Motion for Temporary Restraining Order, and Motion to Seal Verified Complaint and to Seal Motion for Temporary Restraining Order. The factual allegations supporting an immediate temporary restraining order are set forth in the Verified Complaint.

2.    All Defendants reside out-of-state and, to my knowledge, have no in-state representation.  Thus, Defendants' attendance at a hearing on the Motion for Temporary Restraining is likely impractical. Since all of the Defendants are attorneys, Plaintiffs do not object to the Court conducting an immediate teleconference which can include such Defendants as are available.  However, should Defendants not be available or should the Court not desire to conduct a teleconference, notice and opportunity to be heard should not be required.  Plaintiffs stand to suffer immediate and irreparable harm should the Defendant firms distribute settlement funds without withholding amounts sufficient to pay the Plaintiffs pursuant to the March 2, 2005 letter of understanding.  Such irreparable harm and damage to the Plaintiffs would occur before notice can be given to Defendants and before Defendants or their attorneys can be heard.  Furthermore, Defendant Lindley has indicated that he will be filing for bankruptcy and he has pled guilty to felony charges in Texas, for which he faces time in prison.  Any Settlement Funds in Lindley's possession are at immediate risk of being lost forever.  Furthermore, should the other Defendant law firms send money to the Lindley firm in payment of their Settlement Fund amounts, those funds are likewise at immediate risk of being lost forever.

Respectfully submitted, this the 26 day of January, 2007.

2

Richard H. Allen (ASB-3320-L72R)

OF COUNSEL:

CAPELL & HOWARD, P.C.
150 South Perry Street
Montgomery, AL 36104
Telephone:  334-241-8000
Facsimile:  334-323-8888
Email:  rha@chlaw.com

3