IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JAN 26 P 12: 25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER, <br><br> Plaintiffs, <br><br> v. <br><br> TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J. HOLT; HACKARD & HOLT, a Partnership ; PHILIP O. WATTS ; WATTS & WATTS, a Partnership ; ALYSTOCK, WITKIN & SASSER,PLC <br><br> Defendants. | * * * * * * * * * * * * * * * * * * <br><br> CASE NO. 2:07-CV-76-WKW |

## MOTION TO SEAL VERIFIED COMPLAINT AND TO SEAL MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs, by their attorneys, respectfully file this Motion to Seal Verified Complaint and To Seal Motion for Temporary Restraining Order. As grounds for this motion, Plaintiffs state as follows:

1. Simultaneous with the filing of this motion, the Plaintiffs have filed their Verified Complaint, with attachments, and their Motion for Temporary Injunction, with attachments.

2. These pleadings, along with their attachments, contain confidential and sensitive material (Verified Complaint, Ex. A at ¶ 10), the disclosure of which could harm the Plaintiffs and Defendants.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order sealing the Verified Complaint and Motion for Temporary Restraining Order, along with all attachments thereto and to issue all subsequent orders under seal.

Respectfully submitted, this the 26 day of January, 2007.

/s/
**George L. Beck, Jr. (BEC011)**
**Richard H. Allen (ALL 052)**
**Arden Reed Pathak (PAT072)**
Attorneys for Plaintiffs

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888

### CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Seal Verified Complaint and to Seal Motion for Temporary Restraining Order has been served upon the Defendants with the Summons and Complaint.

/s/
Of Counsel