IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:07-cv-76-WKW ) |
| TODD P. LINDLEY, *et al.*, | ) ) |
| Defendants. | ) |

**O R D E R**

It is hereby ORDERED that the preliminary injunction hearing set for February 1, 2007 at 2:30 p.m. (Doc. #4) is hereby RESCHEDULED to be held at 3:30 p.m. on same date. It is further ORDERED that plaintiffs' attorney shall fax a copy of this Order to defendants' attorney in Dallas, Texas.

Done this the 30th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE