## **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                                   AT MONTGOMERY, ALABAMA

DATE COMMENCED   FEBRUARY 1, 2007                          AT 3:25 A.M./P.M.

DATE COMPLETED   FEBRUARY 1, 2007                          AT 3:34 A.M./P.M.

BRIDGEWAY MOBILE DIAGNOSTICS, ET AL.   )
            Plaintiffs                 )
                                       )        CIVIL ACTION NO.
vs.                                    )
                                       )        2:07cv076-WKW
TODD P. LINDLEY, ET AL.                )
            Defendants                 )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| Atty. George Beck | X |  |
| Atty. Richard Allen | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Ann Roy | Josh Segall | Jimmy Dickens |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**PRELIMINARY INJUNCTION HEARING**

3:25 pm     Hearing commenced. Plaintiffs' status of service on defendant and **oral motion** for an extension of the preliminary injunction. Order to issue.
3:34 pm     Hearing concluded.