IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER, )<br>)<br>)<br>)<br>) | |
| Plaintiffs, )<br>) | |
| v. ) | CASE. NO. 2:07-cv-76-WKW |
| ) | (WO) |
| TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J. HOLT; HACKARD & HOLT, a Partnership; PHILIP O. WATTS; WATTS & WATTS, a Partnership; AYLSTOCK, WITKIN & SASSER, a Florida Professional Limited Company, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. ) | |

## **O R D E R**

This case was set on February 1, 2007 for hearing of the application of plaintiffs for a preliminary injunction. Plaintiffs represented to the court that the claims against all defendants, except Todd P. Lindley, d/b/a Lindley and Associates ("Lindley"), will ultimately be dismissed by joint stipulation. Defendant Lindley did not appear, though he was contacted by counsel for plaintiffs, who forwarded to him a copy of the pleadings and temporary restraining order. Defendant Lindley has not been served, nor has he entered an appearance.

The plaintiffs moved for a ten day extension of the temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b) on the grounds that the facts and circumstances extant at the time of entry of the order still exist, and further, that plaintiffs have developed new information indicating Defendant Lindley's intention not to protect the funds due plaintiffs from various litigation

settlement proceeds.

Upon due consideration of the representations of the plaintiffs, the verified pleadings on file, and the lack of obvious prejudice to the Defendant Lindley likely to result from an extension of the temporary restraining order, the court finds that the temporary restraining order should be extended.

It is ORDERED that the motion is GRANTED and the temporary restraining order entered on January 26, 2007 is hereby extended for ten days, through and including February 15, 2007.

DONE this 2nd day of February, 2007.

                          /s/  W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE