■ SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SE f

Alystock, Witkin & Sasser
Post Office Box 1147
Gulf Breeze, Florida 32562-1147

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X D. Cluuer
☐ Agent
☐ Addressee

B. Received by (Printed Name)
N Oluer

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07cv76-WKW

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 0390 0001 0089 9577

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540