**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Theodore J. Holt, Esq.
   Hackard & Holt
   11335 Gold Express Drive, #105
   Gold River, California 95670

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Brett Sherm* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Brett Sherman
C. Date of Delivery: 2/5/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2. 07CV76-WKW

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☒ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0001 0089 9560

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hackard & Holt
   11335 Gold Express Drive, #155
   Gold River, California 95670

   2. 07CV76-WKW

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Brett Sherma* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Brett Sherman
C. Date of Delivery: 2/5/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☒ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0001 0089 9553

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540