IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRIDGEWAY MOBILE )
DIAGNOSTICS, LLC, an Alabama )
Limited Liability Company, and )
DONNA HOOVER )
)
)
Plaintiffs, )
)
v. ) CASE NO. 2:07-cv-76-WKW
) (WO)
TODD P. LINDLEY d/b/a LINDLEY )
& ASSOCIATES; THEODORE )
J. HOLT; HACKARD & HOLT, )
a Partnership; PHILIP O. WATTS; )
WATTS & WATTS, a Partnership; )
AYLSTOCK, WITKIN & SASSER, )
a Florida Professional Limited ) **CASE UNDER SEAL**
Company, )
)
Defendants. )

RECEIVED
2007 FEB 12  A 9: 23

## JOINT MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

Come now Plaintiffs Bridgeway Mobile Diagnostics, LLC, and Donna Hoover, by and through their undersigned attorney, and Defendant Todd Lindley, and pursuant to Federal Rule of Civil Procedure 65(b) hereby jointly move for an extension of the Temporary Restraining Order entered in this case. The parties jointly state as follows:

1. On January 26, 2007, the Court entered its Temporary Restraining Order and Order Granting Motion to Seal (the "Temporary Restraining Order"). In the Temporary Restraining Order, the Court

scheduled a hearing on Plaintiffs' Motion for Preliminary Injunction for February 1, 2007.

2. Plaintiffs appeared at the February 1st hearing. However, despite notice of the hearing, Defendant Lindley did not appear. For good cause shown, by Order dated February 2, 2007 the Court extended the Temporary Restraining Order up to and including February 15, 2007.

3. Defendant Lindley has been served with the Summons and Complaint in this case, and has received notice of both of the hearings scheduled for Plaintiffs' preliminary injunction motion. However, Defendant Lindley has not been able to retain counsel and will not be able to attend a hearing on the preliminary injunction motion prior to February 15th. It is in Defendant Lindley's best interest that the Temporary Restraining Order be extended and that any hearing on Plaintiffs' motion for preliminary injunction be delayed for a reasonable time.

4. Plaintiffs and Defendant Lindley both expressly consent to the extension of the Temporary Restraining Order until such time as the Court can conduct a hearing on Plaintiffs' motion for preliminary injunction. Such an extension of a temporary restraining order by consent of the parties is permissible. See, *Fernandez-Roque v. Smith,* 671 F. 2d 426 (11th Cir. 1982); *Ross v. Evans,* 325 F. 2d 160 (5th Cir. 1963).

WHEREFORE, the parties jointly move as follows:

(1) That the Court enter an order extending the Temporary Restraining Order until such time as the Court can conduct a hearing on Plaintiffs' motion for preliminary injunction; and

(2) That the Court set a hearing on Plaintiffs' motion for preliminary injunction during the week of February 19 - 23, 2007, or some time thereafter; or

(3) In the alternative, should the Court not be inclined to extend the Temporary Restraining Order, the parties move for an order setting a hearing on Plaintiffs' motion for preliminary injunction to be held on or prior to February 15, 2007, and that Defendant Lindley be permitted to participate, to the extent possible, *via* telephone.

Respectfully submitted, this the 12 day of February, 2007.

_____
George L. Beck, Jr. (BEC011)
Richard H. Allen (ALL 052)
Arden Reed Pathak (PAT072)
Attorneys for Plaintiffs

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL  36102-2069
Telephone: (334) 241-8000
Facsimile:  (334) 323-8888

                                              /s/ Todd Lindley
**Todd Lindley**

5968 W. Northwest Highway,
     Ste. 1806
Dallas, TX 75225
Fax: 972-661-0606

## CERTIFICATE OF SERVICE

A copy of the foregoing has been delivered to the Defendants, at the addresses set forth below, on this the 12 day of February, 2007.

**Todd Lindley**
LINDLEY & ASSOCIATES
5968 W. Northwest Highway, Suite 1806
Dallas, TX  75225
FAX:  972-661-0606

**Theodore J. Holt**
**HACKARD & HOLT**
11335 Gold Express Drive, #105
Gold River, California  95670
FAX:  916-853-3010

**Phillip O. Watts**
**WATTS & WATTS**
101 N. Robinson, Suite 501
Oklahoma City, OK  73102
FAX:  405-239-2822

**AYLSTOCK, WITKIN & SASSER, PLC**
Post Office Box 1147
Gulf Breeze, Florida  32562-1147
FAX:  850-916-7449

_____
Of Counsel

5