**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Watts & Watts
   101 N. Robinson, Suite 501
   Oklahoma City, OK 73102

2. Article Number
   (Transfer from service label)    7005 0390 0001 0089 9607

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Sonia W____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  2-7-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

   2:07cv76-WKW

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

```
WATT101   731022007 1406 11 02/06/07
NOTIFY SENDER OF NEW ADDRESS
:WATTS AND WATTS
 210 PARK AVE STE 1110
 OKLAHOMA CITY OK 73102-5607
```