| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Scnipilott_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  2-7-07 |
| 1. Article Addressed to:<br><br>Philip O. Watts, Esq.<br>Watts & Watts<br>101 N. Robinson, Suite 501<br>Oklahoma City, OK  73102<br><br>2:07cv76-WKW | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>2:07cv76-WKW<br><br>3. Service Type<br>   ☒ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☒ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0001 0089 9591 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-154

```
WATT101   731022007 1406 11 02/06/07
NOTIFY SENDER OF NEW ADDRESS
:WATTS AND WATTS
210 PARK AVE STE 1110
OKLAHOMA CITY OK 73102-5607
```