**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Todd Lindley
   8409 Pickwick Lane
   Suite 385
   Dallas, TX 75225

   2:07cv76-WKW

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Taylor Freeman_    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Taylor Freeman
C. Date of Delivery: 2/5/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0001 0089 9584

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540