IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE. NO. 2:07-cv-76-WKW (WO) |
| TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES, *et al.* | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

For good cause shown, based upon the representations of the parties that Defendant Lindley has not secured counsel, that he will not be able to attend a hearing on a preliminary injunction prior to February 15, 2007, that both parties consent to an extension of the Temporary Restraining Order in this case, and pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, it is ORDERED that:

1. The Joint Motion to Extend Temporary Restraining Order (Doc. # 12) is GRANTED. The temporary restraining order entered on January 26, 2007 is hereby extended indefinitely.

2. A hearing on Plaintiffs' request for preliminary injunction shall be held in courtroom 2E in the Frank M. Johnson Courthouse Complex on March 19, 2007, at 4:00 p.m.

DONE this 14th day of February, 2007.

                         /s/  W. Keith Watkins
                     UNITED STATES DISTRICT JUDGE