IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CASE NO. 2:07-cv-76-WKW |
| TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; TED HOLT; HACKARD & HOLT, a Partnership ; PHIL WATTS ; WATTS & WATTS, a Partnership ; AYLSTOCK, WITKIN & SASSER, a Florida Professional Limited Liability Company, | * * * * * * * * * | |
| Defendants. | * | |

## JOINT MOTION TO DISMISS

COME NOW Bridgeway Mobile Diagnostics, LLC and Donna Hoover, Plaintiffs, and Aylstock, Witkin & Sasser, Defendant, by and through counsel, and file this Joint Motion to Dismiss the Aylstock firm with prejudice, but to reserve all rights to prosecute all claims against all remaining Defendants.

1.  Bridgeway Mobile Diagnostics and Donna Hoover ("Plaintiffs") have provided Aylstock, Witkin & Sasser with a list of individuals to whom Plaintiffs claim they provided certain medical services ("Client List").

2.  Aylstock, Witkin & Sasser has reviewed the Client List and determined that it represents 115 of the individual on said list.

3. Plaintiffs claim that they are entitled to collect $1,500.00 for each of the individuals on the Client List represented by Aylstock, Witkin & Sasser.

4. Aylstock, Witkin & Sasser has agreed to transfer the sum of $172,500.00 ($1,500.00 for each of the 115 clients represented by Aylstock, Witkin & Sasser) to the trust account of Capell & Howard, the attorneys of the Plaintiffs, where said funds shall remain pending further order of the Court.

5. Defendant Aylstock represents that the sum of $172,500.00 represents the entire sum that Bridgeway and Donna Hoover are due based upon Fen-Phen referrals to its law firm by Todd Lindley for work done by Bridgeway and Hoover on the Todd Lindley referral clients.

6. Upon transfer of funds in the amount of $172,500.00 to the Capell & Howard trust account on behalf of the Plaintiffs, the parties jointly agree that the law firm of Aylstock, Witkin & Sasser shall be dismissed with prejudice.

Respectfully submitted this the 20th day of February, 2007.

_____
George L. Beck, Jr. (BEC011)

_____
Justin G. Witkin

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile:  (334) 323-8888

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the following counsel of record by placing a copy in the United States mail, postage prepaid and properly addressed to them on this 21st day of February, 2007.

**Todd Lindley**
LINDLEY & ASSOCIATES
8409 Pickwick Lane
Suite 385
Dallas, TX 75225

**Theodore J. Holt**
**HACKARD & HOLT**
11335 Gold Express Drive, #155
Gold River, California 95670

**Phillip O. Watts**
**WATTS & WATTS**
101 N. Robinson, Suite 501
Oklahoma City, OK 73102

**AYLSTOCK, WITKIN & SASSER, PLC**
Post Office Box 1147
Gulf Breeze, Florida 32562-1147

_____
**OF COUNSEL**