IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE. NO. 2:07-cv-76-WKW (WO) |
| TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J. HOLT; HACKARD & HOLT, a Partnership; PHILIP O. WATTS; WATTS & WATTS, a Partnership; AYLSTOCK, WITKIN & SASSER, a Florida Professional Limited Company, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

Pursuant to the Joint Motion to Dismiss (Doc. # 17) filed by Plaintiffs and Defendant Aylstock, Witkin & Sasser filed on February 21, 2007, it is ORDERED that the motion is GRANTED pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendant Aylstock, Witkin & Sasser is dismissed with prejudice from the above-styled case, each party to bear her or its own costs except as separately agreed to in the settlement of the parties.

Done this 14th day of March, 2007.

                                          /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE