IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC., an Alabama Limited Liability Company, and DONNA HOOVER, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE. NO. 2:07-cv-76-WKW<br>) (WO) |
| TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J. HOLT; HACKARD & HOLT, a Partnership; PHILIP O. WATTS; and WATTS & WATTS, a Partnership; | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**O R D E R**

It is ORDERED that the hearing set for today, March 19, 2007, is CANCELED.

DONE this 19th day of March, 2007.

                /s/ W. Keith Watkins
        UNITED STATES DISTRICT JUDGE