IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER, | * * * * * |
| Plaintiffs, | * * |
| v. | * CASE NO. 2:07-cv-76-WKW * |
| TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; TED HOLT; HACKARD & HOLT, a Partnership ; PHIL WATTS ; WATTS & WATTS, a Partnership ; AYLSTOCK, WITKIN & SASSER, a Florida Professional Limited Liability Company, | * * * * **CASE UNDER SEAL** * * * * * |
| Defendants. | * |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), the Plaintiffs, Bridgeway Mobile Diagnostics, LLC and Donna Hoover, hereby move that the clerk enter a default against Defendants Ted Holt and Hackard & Holt, a partnership (collectively the "Holt Defendants"). As grounds for this motion, the Plaintiffs state as follows:

1. The Holt Defendants were served with a copy of the Summons and Verified Complaint on February 5, 2007. Accordingly, their response to the Verified Complaint was due no later than February 26, 2007.

2. The Holt Defendants have not filed an answer, a responsive motion or pled or otherwise defended this action as provided by the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs request that the clerk enter a default against Defendants Hackard & Holt and Ted Holt. A proposed Entry of Default is attached hereto.

Respectfully submitted,

*George L. Beck, Jr.*
George L. Beck, Jr.    (BEC011)
Richard H. Allen       (ALL053)
**Attorneys for Plaintiffs**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile:  (334) 323-8888

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following:

**Theodore J. Holt**
11335 Gold Express Drive, #105
Gold River, California  95670

**HACKARD & HOLT**
11335 Gold Express Drive, #105
Gold River, California  95670

**Phillip O. Watts**
101 N. Robinson, Suite 501
Oklahoma City, OK  73102

**WATTS & WATTS**
101 N. Robinson, Suite 501
Oklahoma City, OK  73102

**Todd Lindley**
LINDLEY & ASSOCIATES
5968 W. Northwest Highway, Suite 1806
Dallas, TX  75225

by depositing a copy of same in United States mail, first-class postage prepaid and properly addressed on this the 2nd day of April, 2007.

George L. Beck
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CASE NO. 2:07-cv-76-WKW |
| TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; TED HOLT; HACKARD & HOLT, a Partnership ; PHIL WATTS ; WATTS & WATTS, a Partnership ; AYLSTOCK, WITKIN & SASSER, a Florida Professional Limited Liability Company, | * * * * * * * * | **CASE UNDER SEAL** |
| Defendants. | * | |

## ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), default is entered against the Defendants Hackard & Holt, a partnership, and Ted Holt on this _____ day of April, 2007.

Debra P. Hackett, Clerk of the Court

By: _____

Copies furnished to:

**George L. Beck, Jr., Esq.**
**Richard H. Allen, Esq.**
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102-2069

**HACKARD & HOLT**
11335 Gold Express Drive, # 105
Gold River, CA 95670

**Ted Holt, Esq.**
11335 Gold Express Drive, # 105
Gold River, CA 95670

**Phillip O. Watts, Esq.**
101 N. Robinson, Suite 501
Oklahoma City, OK  73102

**WATTS & WATTS**
101 N. Robinson, Suite 501
Oklahoma City, OK  73102

**Todd Lindley**
LINDLEY & ASSOCIATES
5968 W. Northwest Highway, Suite 1806
Dallas, TX  75225