IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER, | * * * * * * * | |
| Plaintiffs, | * | |
| v. | * * | CASE NO. 2:07-cv-76-WKW |
| TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J. HOLT; HACKARD & HOLT, a Partnership; PHILIP O. WATTS; WATTS & WATTS, a partnership; AYLSTOCK, WITKIN & SASSER, a Florida Professional Limited Company, | * * * * * * * * * | **CASE UNDER SEAL** |
| Defendants. | * | |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' APPLICATION FOR CLERK'S ENTRY OF DEFAULT AND PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT

Come now Plaintiffs Bridgeway Mobile Diagnostics, LLC and Donna Hoover ("Plaintiffs") and hereby submit this Notice of Withdrawal of Plaintiffs' Application for Clerk's Entry of Default and Plaintiffs' Motion for Entry of Default Judgment. Plaintiffs state as follows:

1. Plaintiffs filed their Application for Clerk's Entry of Default[1] and Motion for Entry of Default Judgment on April 2, 2007, against Defendants

---

[1] Plaintiffs mistakenly styled their previously filed application for clerk's entry of default as "Motion for Entry of Default".

Theodore J. Holt and Hackard & Holt (the "Holt Defendants"). On April 6, 2007, the Plaintiffs filed their Supplement to Plaintiffs' Application for Clerk's Entry of Default and Plaintiffs' Motion for Entry of Default Judgment.

2. The undersigned has since spoken with Peter Holt and David Zarka, attorneys for the Holt Defendants. Based upon this conversation, the undersigned has agreed to withdraw Plaintiffs' Application for Clerk's Entry of Default and Motion for Entry of Default Judgment, without prejudice.

WHEREFORE, Plaintiffs hereby notify the Court and the Clerk of the Court that Plaintiffs are withdrawing their Application for Clerk's Entry of Default and Motion for Entry of Default Judgment, without prejudice, reserving the right to refile at a later date should circumstances warrant such refiling.

Respectfully submitted,

/s/ George L. Beck, Jr.
George L. Beck, Jr.   (BEC011)
Richard H. Allen       (ALL053)
**Attorneys for Plaintiffs**

OF COUNSEL:
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL  36102-2069
Telephone: (334) 241-8000
Facsimile:  (334) 323-8888

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following:

**Theodore J. Holt**
11335 Gold Express Drive, #105
Gold River, California  95670

**Peter Holt**
**David Zarka**
**HACKARD & HOLT**
11335 Gold Express Drive, #105
Gold River, California  95670

**Phillip O. Watts**
101 N. Robinson, Suite 501
Oklahoma City, OK  73102

**WATTS & WATTS**
101 N. Robinson, Suite 501
Oklahoma City, OK  73102

**Todd Lindley**
LINDLEY & ASSOCIATES
5968 W. Northwest Highway, Suite 1806
Dallas, TX  75225

by depositing a copy of same in United States mail, first-class postage prepaid and properly addressed on this the 12th day of April, 2007.

_____
Of Counsel