IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUL -2 A 9: 55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER,<br><br>Plaintiffs,<br><br>v.<br><br>TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J HOLT; HACKARD & HOLT, a Partnership; PHIL WATTS ; WATTS & WATTS, a Partnership ; AYLSTOCK, WITKIN & SASSER, a Florida Professional Limited Liability Company,<br><br>Defendants. | CASE NO. 2:07-cv-76-WKW<br><br>**CASE UNDER SEAL** |

## JOINT MOTION TO DISMISS

COME NOW Bridgeway Mobile Diagnostics, LLC and Donna Hoover, Plaintiffs, and Phil Watts and Watts & Watts, Defendants, by and through their counsel, and file this Joint Motion to Dismiss with prejudice.

1.     The parties acknowledge that Phil Watts and Watts & Watts has transferred the sum of $12,000.00 to the trust account of Capell & Howard, P.C. to be distributed to Plaintiffs Bridgeway and Hoover pursuant to further orders of this Court or agreement of the parties. This amount represents funds owed to Bridgeway Mobile Diagnostics and Donna Hoover under the

March 2, 2005, Letter of Understanding entered into between Todd Lindley and his counsel and Bridgeway, Donna Hoover and their counsel.

2. Defendant Watts represents that the sum of $12,000.00 represents the entire sum that Bridgeway and Donna Hoover are due based upon Fen-Phen referrals to its law firm by Todd Lindley for work done by Bridgeway and Hoover on the Todd Lindley referral clients.

3. Based upon the foregoing, the parties jointly agree that Phil Watts and the law firm of Watts & Watts should be dismissed, with prejudice, and respectfully move this Court for such an order.

Respectfully submitted this the 2nd day of July, 2007.

_____
George L. Beck, Jr. (BEC011)

_____
Phillip O. Watts

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the following counsel of record by placing a copy in the United States mail, postage prepaid and properly addressed to them on this 2⁴ day of June, 2007.

**Todd Lindley**
LINDLEY & ASSOCIATES
8409 Pickwick Lane
Suite 385
Dallas, TX 75225

**Theodore J. Holt**
**HACKARD & HOLT**
11335 Gold Express Drive, #155
Gold River, California 95670

**Phillip O. Watts**
**WATTS & WATTS**
101 N. Robinson, Suite 501
Oklahoma City, OK 73102

**AYLSTOCK, WITKIN & SASSER, PLC**
Post Office Box 1147
Gulf Breeze, Florida 32562-1147

_____
**OF COUNSEL**