IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE. NO. 2:07-cv-76-WKW (WO) |
| TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J. HOLT; HACKARD & HOLT, a Partnership; PHILIP O. WATTS; WATTS & WATTS, a Partnership; AYLSTOCK, WITKIN & SASSER, a Florida Professional Limited Company, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

The plaintiffs in this case have filed a Motion for Partial Summary Judgment (Doc. # 27). Defendants Watts & Watts, and Aylstock, Witkin & Sasser, PLC are ORDERED to RESPOND to the Motion (Doc. # 27) **on or before July 30, 2007.**

DONE this 17th day of July, 2007.

                                               /s/  W.  Keith  Watkins
                                             UNITED STATES DISTRICT JUDGE