IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 AUG -3 A 9: 33

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CASE NO. 2:07-cv-76-WKW (WO) |
| TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J. HOLT; HACKARD & HOLT, a Partnership, PHILIP O. WATTS; WATTS & WATTS, a Partnership; ALYSTOCK, WITKIN & SASSER, PLC | * * * * * * * | [CASE UNDER SEAL] |
| Defendants. | * | |

## MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Come now Plaintiffs Bridgeway Mobile Diagnostics, LLC and Donna Hoover ("Plaintiffs"), and hereby submit this Motion to Withdraw Plaintiffs' Motion for Partial Summary Judgment. Plaintiffs state as follows:

1. Plaintiffs filed their Motion for Partial Summary Judgment on July 3, 2007. In that motion, Plaintiffs sought a partial summary judgment from this Court declaring that Plaintiffs are entitled to receive certain moneys that have been deposited with their attorneys by Defendant Watts & Watts ("Defendant Watts") and Defendant Aylstock, Witkin & Sasser, PLC ("Defendant Aylstock").

2. Defendant Watts, Defendant Aylstock and Defendant Todd Lindley, d/b/a Lindley & Associates have consented to the relief requested in that motion (*i.e.,* that Plaintiffs are entitled to the deposited proceeds referenced in the motion) and have authorized Plaintiffs' counsel to disburse these proceeds. Therefore, the issues raised in the Motion for Partial Summary Judgment are moot.

WHEREFORE, Plaintiffs hereby move this Court for an order allowing Plaintiffs to withdraw their Motion for Partial Summary Judgment, without prejudice, reserving the right to re-file at a later date should circumstances warrant such a re-filing.

Respectfully submitted, this the 3rd day of August, 2007.

---

**George L. Beck, Jr. (BEC011)**
**Richard H. Allen (ALL052)**
**Arden Reed Pathak (PAT072)**
Attorneys for Plaintiffs

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888

2

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Withdraw Plaintiffs' Motion for Partial Summary Judgment has been delivered to the Defendants, at the addresses set forth below, on this the 3rd day of August, 2007.

Todd Lindley, Esq.
LINDLEY & ASSOCIATES
5968 W. Northwest Highway, Suite 1806
Dallas, TX  75225

Theodore J. Holt, Esq.
11335 Gold Express Drive, #105
Gold River, California  95670

HACKARD & HOLT
c/o David Zarka, Esq.
11335 Gold Express Drive, #105
Gold River, California  95670

Phillip O. Watts, Esq.
Watts & Watts
101 N. Robinson, Suite 501
Oklahoma City, OK  73102

AYLSTOCK, WITKIN & SASSER, PLC
c/o Justin G. Witkin, Esq.
Post Office Box 1147
Gulf Breeze, Florida  32562-1147

_____
Of Counsel