**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **BRIDGEWAY MOBILE** | ) | |
| **DIAGNOSTICS, LLC, an Alabama** | ) | |
| **Limited Liability Company, and** | ) | |
| **DONNA HOOVER,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:07-cv-76-WKW** |
| | ) | |
| **TODD P. LINDLEY d/b/a LINDLEY** | ) | |
| **& ASSOCIATES; THEODORE J.** | ) | |
| **HOLT; HACKARD & HOLT, a** | ) | |
| **Partnership, PHILIP O. WATTS;** | ) | |
| **WATTS & WATTS, a Partnership;** | ) | |
| **ALYSTOCK, WITKIN & SASSER, PLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Plaintiffs' Motion to Withdraw Motion (Doc. # 29) is GRANTED.  Plaintiffs' Motion for

Partial Summary Judgment (Doc. # 27) is withdrawn.

DONE this 15th day of August, 2007.

＿＿＿＿／s／  W.  Keith Watkins＿＿＿＿＿＿＿
UNITED STATES DISTRICT JUDGE