IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:07-cv-0076-WKW |
| TODD P. LINDLEY, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**<u>ORDER</u>**

Upon consideration of the Plaintiffs' Motion for Default Judgment (Doc. # 32) against Defendant Hackard & Holt and Defendant Theodore J. Holt (collectively "Holt Defendants"), it is ORDERED that the motion (Doc. # 32) is DENIED at this time without prejudice. In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiffs must first request that the clerk of the court make an entry of default and then may move the court for default judgment. Furthermore, because previous filings indicated the plaintiffs and the Holt Defendants were close to resolving their dispute (Doc. # 24), it is ORDERED that a status conference by telephone shall be held on **December 10, 2007, at 3:00 p.m. CST**, to be arranged by the plaintiffs and to include the Holt Defendants. The clerk of the court is DIRECTED to mail a copy of this order to the Holt Defendants.

DONE this 3rd day of December, 2007.

                                              /s/ W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE