IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 NOV 21 A 10: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER,<br><br>Plaintiffs,<br><br>v.<br><br>TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J. HOLT; HACKARD & HOLT, a Partnership ;PHIL WATTS ; WATTS & WATTS, a Partnership ; AYLSTOCK, WITKIN & SASSER, a Florida Professional Limited Liability Company,<br><br>Defendants. | * * * * * * * * * * * * * * * * * * * | CASE NO. 2:07-cv-76-WKW<br><br>**CASE UNDER SEAL** |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), the Plaintiffs, Bridgeway Mobile Diagnostics, LLC and Donna Hoover, hereby move that the clerk enter a default against Defendants Theodore J. Holt and Hackard & Holt, a partnership (collectively the "Holt Defendants"). As grounds for this motion, the Plaintiffs state as follows:

1.  The Holt Defendants were served with a copy of the Summons and Verified Complaint on February 5, 2007. Accordingly, their response to the Verified Complaint was due no later than February 26, 2007.

2. The Holt Defendants have not filed an answer, a responsive motion or pled or otherwise defended this action as provided by the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs request that the clerk enter a default against Defendants Hackard & Holt and Theodore J. Holt.

Respectfully submitted,

*George L. Beck, Jr.*
George L. Beck, Jr.    (BEC011)
Richard H. Allen      (ALL053)
**Attorneys for Plaintiffs**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL  36102-2069
Telephone: (334) 241-8000
Facsimile:  (334) 323-8888

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following:

**Theodore J. Holt, Esq.**
11335 Gold Express Drive, #105
Gold River, California 95670

**HACKARD & HOLT**
c/o David Zarka, Esq.
11335 Gold Express Drive, #105
Gold River, California 95670

**Phillip O. Watts, Esq.**
210 Park Avenue, Suite 1110
Oklahoma City, OK 73102

**WATTS & WATTS**
210 Park Avenue, Suite 1110
Oklahoma City, OK 73102

**Todd Lindley, Esq.**
8409 Pickwick Lane, Suite 385
Dallas, TX 75225

by depositing a copy of same in United States mail, first-class postage prepaid and properly addressed on this the 20th day of November, 2007.

_____
Of Counsel

3