IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:07-cv-0076-WKW |
| TODD P. LINDLEY, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## **ORDER**

On November 21, 2007, the plaintiffs filed a motion for default judgment against Defendant Hackard & Holt and Defendant Theodore J. Holt (collectively "Holt Defendants"). (Doc. # 32.) On the same day, the plaintiffs also filed for an entry of default to the clerk of the court. (Doc. # 34.) However, due to a docketing error, the plaintiffs' application for entry of default did not appear on the case docket, and on December 3, 2007, the court entered an order denying the plaintiffs' motion for default judgment because it appeared the plaintiffs had not yet filed for an entry of default. (Doc. # 33.) The error has now been corrected, and the plaintiffs' application for entry of default is now filed appropriately on the docket. Therefore, it is ORDERED that:

1. The court's previous order denying the plaintiffs' motion for default judgment (Doc. # 33) is VACATED;

2. A status conference by telephone, as previously scheduled, shall be held on **December 10, 2007, at 3:00 p.m. CST**, to be arranged by the plaintiffs and to include the Holt Defendants.

The clerk of the court is DIRECTED to mail a copy of this order to the Holt Defendants.

DONE this 4th day of December, 2007.

                                         /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE