IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER, <br><br> Plaintiffs, <br><br> v. <br><br> TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J. HOLT HACKARD & HOLT, a Partnership; PHILIP O. WATTS, WATTS & WATTS, a Partnership; ALYSTOCK, WITKIN & SASSER, PLC <br><br> Defendants. | CASE NO. 2:07-cv-76-WKW (WO) <br><br> **CASE UNDER SEAL** |

## MOTION FOR RELEASE OF TRANSCRIPT

COME NOW the Plaintiffs Bridgeway Mobile Diagnostics, LLC and Donna Hoover, by and through their attorneys, and move this Court for an order allowing the release of the transcript of the January 26, 2007 hearing held on Plaintiffs' Motion for Temporary Restraining Order. As grounds for this motion, Plaintiffs state as follows:

1. On or about December 7, 2007, Plaintiffs were served with Defendant Theodore J. Holt's Notice of Motion and Motion to Dismiss Pursuant to F.R.C.P. Rule 12(B)(2) and 12(B)(3) and in the Alternative, Motion to Transfer Venue and Brief in Support Thereof.

2. In order to properly respond to said motion, Plaintiffs require access to the transcript of the January 26, 2007 hearing.

3. Because this case is under seal, the Office of the Clerk of this Court has advised Plaintiffs that Plaintiffs cannot obtain access to the transcript without Court approval.

WHEREFORE, Plaintiffs request that this Honorable Court enter an order allowing Plaintiffs to obtain a copy of the transcript of the January 26, 2007 hearing.

Respectfully submitted, this the 13 day of December, 2007.

/s/ George L. Beck, Jr.
George L. Beck, Jr. (BEC011)
Richard H. Allen (ALL 052)
Arden Reed Pathak (PAT072)
Attorneys for Plaintiffs

OF COUNSEL:
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing by placing a copy of same in the United States mail, postage prepaid and properly addressed, this the 13th day of December, 2007, upon the following:

Todd Lindley
LINDLEY & ASSOCIATES
5968 W. Northwest Highway, Suite 1806
Dallas, TX  75225
FAX:  972-661-0606

Theodore J. Holt
11335 Gold Express Drive, #105
Gold River, California  95670
FAX:  916-853-3010

HACKARD & HOLT
11335 Gold Express Drive, #105
Gold River, California  95670
FAX:  916-853-3010

_____
Of Counsel

3