IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:07-cv-0076-WKW |
| TODD P. LINDLEY, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the plaintiffs' Motion for Release of Transcript (Doc. # 39), it is ORDERED that the motion is GRANTED as to all parties. Upon request of a party, the clerk of the court is DIRECTED to grant the parties' access to any transcripts that exist in this case, the same being hereby unsealed.

DONE this 18th day of December, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE