IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 DEC 18 P 2: 06

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER,<br><br>Plaintiffs,<br><br>v.<br><br>TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J. HOLT HACKARD & HOLT, a Partnership; PHILIP O. WATTS, WATTS & WATTS, a Partnership; ALYSTOCK, WITKIN & SASSER, PLC<br><br>Defendants. | CASE NO. 2:07-cv-76-WKW<br>(WO)<br><br>**CASE UNDER SEAL** |

**MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

COME NOW the Plaintiffs Bridgeway Mobile Diagnostics, LLC and Donna Hoover ("Plaintiffs") and hereby file this Motion for Extension of Time to File Reply Brief. As grounds for this motion, Plaintiffs state as follows:

1.  In its Briefing Order dated December 12, 2007, the Court ordered the Plaintiffs to file a written response to Defendant Theodore J. Holt's Motion to Dismiss and, in the Alternative, Motion for Transfer of Venue on or before December 26, 2007.

2. As set forth in Plaintiffs' Motion for Release of Transcript which was filed on December 13, 2007, Plaintiffs are in need of the transcript of the January 26, 2007 TRO hearing in order to properly respond to Defendants' motion. It is Plaintiffs' understanding that the Court intends to grant Plaintiffs' Motion for Release of Transcript. However, Plaintiffs have been informed by the Clerk's office that the transcript will not be available prior to the current December 26, 2007 deadline for filing Plaintiffs' reply brief.

3. Based upon the unavailability of the transcript, Plaintiffs request an eight day extension to file their reply brief so that the transcript may be prepared and released to Plaintiffs, *i.e.*, Plaintiffs must file their reply brief on or before January 3, 2008.

4. Counsel for Defendant Theodore J. Holt has previously left a voice mail message with the undersigned stating that Defendant had no objection to an extension of time due to the current deadline being the day after Christmas.

WHEREFORE, based upon the foregoing, Plaintiffs request that the Court modify its Briefing Order so that the Plaintiffs may file a reply brief to Defendants' Motion to Dismiss, or in the Alternative, Motion for Transfer of Venue, on or before January 3, 2008.

Respectfully submitted, this the 18th day of December, 2007.

_____
George L. Beck, Jr. (BEC011)
Richard H. Allen (ALL 052)
Arden Reed Pathak (PAT072)
Attorneys for Plaintiffs


OF COUNSEL:
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile:  (334) 323-8888

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing by placing a copy of same in the United States mail, postage prepaid and properly addressed, this the 18th day of December, 2007, upon the following:

Todd Lindley
LINDLEY & ASSOCIATES
5968 W. Northwest Highway, Suite 1806
Dallas, TX 75225
FAX: 972-661-0606

Theodore J. Holt
11335 Gold Express Drive, #105
Gold River, California 95670
FAX: 916-853-3010

HACKARD & HOLT
11335 Gold Express Drive, #105
Gold River, California 95670
FAX: 916-853-3010

           _____
           Of Counsel