IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:07-cv-0076-WKW |
| TODD P. LINDLEY, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the plaintiffs' unopposed Motion for Extension of Time to File Reply Brief (Doc. # 41), it is ORDERED that the motion is GRANTED. The deadline for filing the plaintiffs' response brief is extended from December 26, 2007, to **January 18, 2008**. The defendants' deadline for filing a reply brief is extended from January 9, 2008, to **February 1, 2008**.

DONE this 21st day of December, 2007.

                                             /s/  W. Keith Watkins
                                             UNITED STATES DISTRICT JUDGE