IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

RECEIVED

2008 FEB -1  P 2: 19

BRIDGEWAY MOBILE DIAGNOSTICS, LLC, ET AL )
                                          )
         Plaintiff,                       )
                                          )
v.                                        )  CASE NO. 2:07-CV-76-WKW
                                          )
TODD P. LINDLEY, ET AL.                   )
                                          )  CASE UNDER SEAL
         Defendants,                      )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW  BRIDGEWAY MOBILE DIAGNOSTICS, LLC , a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Donna Hoover | Member |
| Jason Hoover | Member |

2/1/2008
Date

(Signature) Arden Reed Pathak

**Arden Reed Pathak**
(Counsel's Name)

Bridgeway Mobile Diagnostics, LLC and Donna Hoover
Counsel for (print names of all parties)

Capell & Howard, P.C.
Post Office Box 2069, Montgomery, AL 36102
Address, City, State Zip Code

(334) 241-8023
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____Arden Reed Pathak_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____U.S. Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 1st ____ day of February _____ 20 08, to:

Todd Lindley, Esq. 8409 Pickwick Lane, Suite 385 Dallas, TX 75225

Theodore J. Holt, Esq. 11335 Gold Express Drive, #105 Gold River, California 95670

HACKARD & HOLT c/o David Zarka, Esq. 11335 Gold Express Drive, #105 Ancho Cordova, California 95670

2/1/2008
Date

*Arden Reed Pathak*
Signature