IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRIDGEWAY MOBILE DIAGNOSTICS, LLC, ET AL,  )
)
Plaintiff,  )
)
V.  )  CASE NO. 2:07-CV-76-WKW
)
TODD P. LINDLEY, ET AL  )
)  CASE UNDER SEAL
Defendants,  )
)

*RECEIVED 2008 FEB 12 A 10:36 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

## CONFLICT DISCLOSURE STATEMENT

COMES NOW TODD LINDLEY, a Defendant in the above-captioned matter, and in accordance with the order of this court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries) affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

2-6-08
Date

(Signature)

Todd Lindley
4056 Purdue, Dallas, Texas 75225
Address, City, State Zip Code
214-801-1044
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___NORTHERN___ DIVISION

**CERTIFICATE OF SERVICE**

I, _Todd Lindley_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by ___U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 6th day of _February____ 2008 to:

_Bridgeway Mobile Diagnostics, LLC and Donna Hoover c/o_____
_Capell & Howard, P.C., P.O. Box 2069, Montgomery, AL 36102;_
_Theodore J. Holt, Esq., 11335 Gold Express Drive, #105, Gold River,_
_California 95670;_____
_Hackard & Holt, c/o David Zarka, Esq. 11335 Gold Express Drive,_
_#105, Gold River, California 95670_____

_2-6-08_____                              _[signature]_____
Date                                          Signature