IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:07-cv-0076-WKW |
| TODD P. LINDLEY, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## **ORDER**

Upon *sua sponte* reconsideration of the court's order to seal all filings in this action (Doc. # 4), it is ORDERED that the parties shall show cause in writing **on or before April 4, 2008**, why the court's order sealing this case should not be vacated or, in the alternative, vacated and replaced with less restrictive measures narrowly tailored to protect the confidential and sensitive materials of specific filings that are presently under seal.

This order is not under seal and shall be served upon all parties.

DONE this 20th day of March, 2008.

                                          /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE