IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 APR -4 P 3: 50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CASE NO. 2:07-cv-76-WKW |
| TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J. HOLT; HACKARD & HOLT, a Partnership; PHIL WATTS ; WATTS & WATTS, a Partnership ; AYLSTOCK, WITKIN & SASSER, a Florida Professional Limited Liability Company, | * * * * * * * * * * | **CASE UNDER SEAL** |
| Defendants. | * | |

## RESPONSE TO SHOW CAUSE ORDER

Come now Plaintiffs Bridgeway Mobile Diagnostics, LLC and Donna Hoover (collectively, "Plaintiffs") and hereby submit this Response to Show Cause Order dated March 20, 2008. Plaintiffs respond as follows:

1. On March 2, 2005, the parties entered into a Letter of Understanding, the non-performance of which forms the basis of several claims in Plaintiffs' Verified Complaint. (Verified Complaint, Doc. 1, at Exhibit A)  The Letter of Understanding contains a confidentiality provision. (*Id.* at ¶ 10). There is no express exception

1

in the confidentiality provision allowing for the disclosure of the terms of the Letter of Understanding even in a court proceeding. Thus, out of an abundance of caution, Plaintiffs moved for this action to be conducted under seal. (Doc. 3)

2. Plaintiffs have no objection to the Court vacating in its entirety the order sealing this action so long as the remaining Defendants have no objection, and so long as it is acknowledged that the unsealing of this matter will not result in a violation of the confidentiality provision in the Letter of Understanding.

Respectfully submitted, this the 4th day of April, 2008.

/s/ *signature*

**George L. Beck, Jr. (BEC011)**
**Richard H. Allen (ALL052)**
**Arden Reed Pathak (PAT072)**
Attorneys for Plaintiffs

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL  36102-2069
Telephone: (334) 241-8000
Facsimile:   (334) 323-8888

2

## CERTIFICATE OF SERVICE

A copy of the foregoing has been delivered to the Defendants, at the addresses set forth below, on this the 4th day of April, 2008.

Todd Lindley, Esq.
8409 Pickwick Lane, Suite 385
Dallas, TX  75225

Theodore J. Holt, Esq.
11335 Gold Express Drive, #105
Gold River, California  95670

HACKARD & HOLT
c/o David Zarka, Esq.
11335 Gold Express Drive, #105
Ancho Cordova, California  95670

_____
Of Counsel