IN THE UNITED STATED DISTRICT COURT
FOR THE MUDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company and DONNA HOOVER,<br><br>Plaintiffs,<br><br>v.<br><br>TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J. HOLT; HACKARD & HOLT, a partnership; PHIL WATTS, a partnership; AYLSTOCK, WITKIN & SASSER, a Florida Professional Limited Liability Company,<br><br>Defendants. | CASE NO. 2:07-cv-76-WKW |

## DEFENDANTS THEODORE J. HOLT AND HACKARD & HOLT'S STATEMENT OF NON-OPPOSITION

Defendants Theodore J. Holt and Hackard & Holt (collectively "HH") respectfully submit this statement of non-opposition to the Court's sua sponte Order vacating the order sealing the above-captioned case. HH's statement of non-opposition is limited only by HH's continued objection to the filing of any document that identifies any client by name or which contains any other confidential and/or privileged material. HH respectfully requests that this Court direct the Clerk accordingly to ensure that any such document remain under seal.

Dated: April 11, 2008.

_____
Theodore J. Holt
California State Bar No. 148899
Hackard & Holt
11335 Gold Express Drive, Suite 105
Gold River, CA 95670
Telephone:   (916) 835-3000
Facsimile:   (916) 853-3010
**Defendants In Pro Se**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served via first class U.S. Mail upon all parties and/or their counsel of record on April 11, 2008 as follows:

George L. Beck Jr.
Richard H. Allen
Arden Reed Pathak
CAPELL & HOWARD P.C.
P.O. Box 2069
150 South Perry Street 36104
Montgomery, AL 36102-2069

Todd Lindley
8409 Pickwick Lange, Suite 385
Dallas, TX 75225

Phillip O. Watts, Esq.
Watts & Watts
210 Park Avenue, Suite 1110
Oklahoma City, OK 73102

Dated: April 11, 2008.

                                                      Michelle R. Barrett