IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 MAY 30  P  2: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CASE NO. 2:07-cv-76-WKW |
| TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J. HOLT; HACKARD & HOLT, a Partnership; PHIL WATTS ; WATTS & WATTS, a Partnership ; AYLSTOCK, WITKIN & SASSER, a Florida Professional Limited Liability Company, | * * * * * * * * | **CASE UNDER SEAL** |
| Defendants. | * | |

## RESPONSE TO ORDER

Come now Plaintiffs Bridgeway Mobile Diagnostics, LLC and Donna Hoover (collectively, "Plaintiffs") and hereby submit this Response to the Court's Order dated May 22, 2008.  Plaintiffs respond as follows:

1.      On May 22, 2005, the Court ordered the parties to "identify and propose in writing which filings, or portions thereof, should remain under seal." (Doc. 55)  Plaintiffs have previously stated that they have no objection to unsealing the entire case so long as the remaining Defendants do not object on grounds that it would violate the confidentiality provision in the 2005 Letter of Understanding.  (Doc. 53)

1

2.    Since none of the remaining Defendants have voiced such an objection, Plaintiffs have no objection to the Court vacating the order sealing this case in its entirety.

Respectfully submitted, this the 30th day of May, 2008.

George L. Beck, Jr. (BEC011)
Richard H. Allen (ALL052)
Arden Reed Pathak (PAT072)
Attorneys for Plaintiffs

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL 36102-2069
Telephone:    (334) 241-8000
Facsimile:    (334) 323-8888

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following:

Todd Lindley, Esq.
8409 Pickwick Lane, Suite 385
Dallas, TX 75225

Theodore J. Holt, Esq.
11335 Gold Express Drive, #105
Gold River, California 95670

HACKARD & HOLT
c/o David Zarka, Esq.
11335 Gold Express Drive, #105
Ancho Cordova, California 95670

by depositing a copy of same in United States mail, first-class postage prepaid and properly addressed on this the 30th day of May, 2008.

Of Counsel