IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:07-cv-0076-WKW |
| TODD P. LINDLEY, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER

It has come to this court's attention that a mailing delay occurred with regard to the Court's Order of May 22, 2008 (Doc. # 55). Accordingly, it is ORDERED that the deadlines contained in the Court's Order of May 22, 2008 are extended to **June 20, 2008.** Any party who has not yet identified and proposed in writing which filings, or portions thereof, should remain under seal must do so by **June 20, 2008.** In addition, Defendant Hackard & Holt is ORDERED to obtain appropriate counsel to represent its interests in this matter by **June 20, 2008**, or show cause why it should not be required to do so.

This Order is not under seal. The clerk of the court is DIRECTED to serve copies of this Order on counsel of record for all parties and any parties who have yet to obtain counsel via U.S. Mail and facsimile.

DONE this 12th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE