IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGEWAY MOBILE | ) | |
| DIAGNOSTICS, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-0076-WKW |
| | ) | |
| TODD P. LINDLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On May 22, 2008, the court ordered (Doc. # 55) the parties to identify with specificity which filings, or portions thereof, should remain under seal. Although the parties were originally given a deadline of May 30, 2008, it was extended by order (Doc. # 57) to June 20, 2008, because of a mailing delay. The plaintiffs responded (Doc. # 56) on May 30, 2008, and stated they had no objections "so long as the remaining Defendants do not object on grounds that it would violate the confidentiality provision in the 2005 Letter of Understanding." None of the defendants have responded or objected in any way whatsoever. Therefore, it is ORDERED that the portion of the court's order (Doc. # 4) sealing this case is VACATED and this case is UNSEALED.

Furthermore, Defendant Hackard & Holt ("H&H") was ordered (Doc. # 57) to obtain appropriate counsel by June 20, 2008, or show cause why it should not be required to do so. There has been no response from H&H to date. Therefore, it is ORDERED that H&H shall show cause **on or before July 3, 2008,** why it should not be held in contempt of this court.

DONE this 23rd day of June, 2008.

_____/s/ W. Keith Watkins_____
UNITED STATES DISTRICT JUDGE