IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 2:07-cv-0076-WKW |
| TODD P. LINDLEY, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

On June 12, 2008, the court ordered (Doc. # 57) Defendant Hackard and Holt ("H&H") to obtain counsel by June 20, 2008, or show cause why it should not be required to do so. As of June 23, 2008, there had been no response from H&H and the court ordered (Doc. # 59) H&H to show cause why it should not be held in contempt of this court. On July 2, 2008, the court received a letter via facsimile from Defendant Theodore J. Holt on H&H letterhead advising the court that H&H "is taking steps to retain local counsel" but that "no formal representation has yet been secured." (*See* Attached Letter.)

Indefinite promises to comply with a clear order of the court are insufficient to prevent the court from taking necessary steps to manage its docket. While granting a default judgment against H&H would be entirely warranted as an appropriate sanction for H&H's contemptuous behavior and failure to comply with the court's orders, there exists an independent ground for entering default against H&H that negates the need for a specific finding of contempt: the plaintiffs' pending application (Doc. # 34) for entry of default and

motion (Doc. # 32) for default judgment. In addition to failing to comply with the orders of the court, H&H has failed to file an answer or otherwise respond to the plaintiffs' complaint. Therefore, the existing application for entry of default is due to be granted and it is ORDERED that the Clerk of the Court is DIRECTED to enter default against Defendant Hackard and Holt.

DONE this 8th day of July, 2008.

/s/ W. Keith Watkins
W. KEITH WATKINS
UNITED STATES DISTRICT JUDGE

# HACKARD & HOLT
### ATTORNEYS AT LAW

MICHAEL A. HACKARD
THEODORE J. HOLT

DAVID R. ZARKA
MICHAEL C. MACE *
MARJAN PEJUHESH

11335 GOLD EXPRESS DRIVE, SUITE 105
GOLD RIVER, CALIFORNIA 95670
www.hackardlaw.com

TELEPHONE
(916) 853-3000
FACSIMILE
(916) 853-3010

* ALSO ADMITTED IN VIRGINIA & DISTRICT OF COLUMBIA

July 2, 2008
**VIA FACSIMILE**

Hon. W. Keith Watkins
United States District Court
Middle District of Alabama, Northern Division
One Church Street
Montgomery, AL 36104

Re: *Bridgeway Mobile Diagnostics, LLC, et al. v. Todd P. Lindley, et al.*
U.S. District Court, Middle District of Alabama Case No. 2:07-cv-0076-WKW

Dear Judge Watkins:

In view of your order dated June 23, 2008, please be advised that Hackard & Holt is taking steps to retain local counsel in the above-referenced matter. While no formal representation has yet been secured, our firm expects in the near future to remedy this situation, and we will promptly notify the Court when local counsel has been retained. Accordingly, it is respectfully submitted that Hackard & Holt should not be held in contempt of this Court.

Thank you very much for your kind attention.

Very truly yours,

Theodore J. Holt

cc: George L. Beck Jr. (by facsimile)
Todd P. Lindley (by facsimile)

TOTAL P.02