IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 2:07cv76-WKW ) |
| TODD P. LINDLEY, et al., | ) ) |
| Defendants. | ) |

ENTRY OF DEFAULT

It appearing that defendant Hackard and Holt, a *Partnership*, was duly served with a copy of the summons and complaint on February 5, 2007, and said defendant has failed to answer or otherwise defend this action as set out pursuant to the Court's order entered July 8, 2008.

DEFAULT is hereby entered against said defendant, Hackard and Holt.

DONE THIS  11th  day of  July , 2008.

/s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA