IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE ) | |
| DIAGNOSTICS, LLC, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | CASE NO.: 2:07-cv-0076-WKW |
| ) | |
| TODD P. LINDLEY, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ANSWER

**COMES NOW HACKARD & HOLT**, a named defendant in the above-styled cause, by and through undersigned counsel, and for answer to Plaintiff's Verified Complaint, responds and shows unto the Court as follows:

1.      No response is required by this Defendant.  However, to the extent a response is necessary, Defendant, Hackard & Holt, is without sufficient information to admit or deny the statements contained in ¶ 1 of Plaintiffs' Verified Complaint.

2.      No response is required by this Defendant.  However, to the extent a response is necessary, Defendant, Hackard & Holt, lacks sufficient information to admit or deny the statements contained in ¶ 2 of Plaintiffs' Verified Complaint.

3.      Defendant, Hackard & Holt, is without sufficient information to admit or deny the allegations contained in ¶ 3 of Plaintiffs' Verified Complaint.

4.      Defendant, Hackard & Holt, admits the allegations contained in ¶ 4 of Plaintiffs' Verified Complaint.

5. Defendant, Hackard & Holt, is without sufficient information to admit or deny the allegations contained in ¶ 5 of Plaintiffs' Verified Complaint.

6. Defendant, Hackard & Holt, is without sufficient information to admit or deny the allegations contained in ¶ 6 of Plaintiffs' Verified Complaint.

7. Defendant, Hackard & Holt, admits the allegations contained in ¶ 7 of Plaintiffs' Verified Complaint.

8. Defendant, Hackard & Holt, is without sufficient information to admit or deny the allegations contained in ¶ 8 of Plaintiffs' Verified Complaint.

9. Defendant, Hackard & Holt, is without sufficient information to admit or deny the allegations contained in ¶ 9 of Plaintiffs' Verified Complaint.

10. Defendant, Hackard & Holt, denies the allegations contained in ¶ 10 of Plaintiffs' Verified Complaint.

11. Defendant, Hackard & Holt, denies the allegations contained in ¶ 11 of Plaintiffs' Verified Complaint.

12. Defendant, Hackard & Holt, denies the allegations contained in ¶ 12 of Plaintiffs' Verified Complaint.

13. Defendant, Hackard & Holt, admits the allegations contained in ¶ 13 of Plaintiffs' Verified Complaint.

14. Defendant, Hackard & Holt, is without sufficient information to admit or deny the allegations contained in ¶ 14 of Plaintiffs' Verified Complaint.

15. Defendant, Hackard & Holt, admits that Bridgeway tested potential clients and, upon belief and information, believes that Bridgeway's travel and lodging expenses were paid up-front or near the time said expenses were incurred.

16. Upon information and belief, Defendant, Hackard & Holt, believes that defendant, Lindley & Associates, initially agreed to pay for testing and that payment was to be made to Bridgeway from proceeds of settlement(s). Hackard & Holt is without sufficient information to admit or deny the remaining allegations contained in ¶ 16 of Plaintiffs' Verified Complaint.

17. Upon information and belief, Defendant, Hackard & Holt, believes that Lindley & Associates agreed to pay Bridgeway upon the terms set forth in ¶ 17 of Plaintiffs' Verified Complaint.

18. Upon information and belief, Defendant, Hackard & Holt, believes that Defendant Lindley made a partial payment in the amount of $45,000.00.

19. Defendant, Hackard & Holt, denies the allegations contained in ¶ 19 of Plaintiffs' Verified Complaint.

20. Defendant, Hackard & Holt, denies the allegations contained in ¶ 20 of Plaintiffs' Verified Complaint

21. No response is required by this defendant to ¶ 21 of Plaintiffs' Verified Complaint. However, to the extent that a response is necessary, Defendant, Hackard & Holt, incorporates and references hereto all previous responses set forth hereinabove.

22. Defendant, Hackard & Holt, admits that Bridgeway agreed to test potential Fen-Phen clients for defendant, Lindley & Associates.

23. Defendant, Hackard & Holt, denies the allegations contained in ¶ 23 of Plaintiffs' Verified Complaint.

24. Defendant, Hackard & Holt, denies the allegations contained in ¶ 24 of Plaintiffs' Verified Complaint.

25. Defendant, Hackard & Holt, denies the allegations contained in ¶ 25 of Plaintiffs' Verified Complaint.

26. No response is required by this defendant to ¶ 26 of Plaintiffs' Verified Complaint. However, to the extent that a response is necessary, Defendant, Hackard & Holt, incorporates and references hereto all previous responses set forth hereinabove.

27. Defendant, Hackard & Holt, denies the allegations contained in ¶ 27 of Plaintiffs' Verified Complaint.

28.     Defendant, Hackard & Holt, lacks sufficient information to admit or deny the allegations regarding any agreements entered into among Defendant Lindley and plaintiffs. Defendant, Hackard & Holt, denies the remaining allegations contained in ¶ 28 of Plaintiffs' Verified Complaint.

29.     Upon information and belief, Defendant, Hackard & Holt, believes the allegations contained in ¶ 29 of Plaintiffs' Verified Complaint are true.

30.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 30 of Plaintiffs' Verified Complaint

31.     Defendant, Hackard & Holt, lacks sufficient information to admit or deny the allegations contained in ¶ 31 of Plaintiffs' Verified Complaint.

32.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 32 of Plaintiffs' Verified Complaint

33.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 33 of Plaintiffs' Verified Complaint

34.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 34 of Plaintiffs' Verified Complaint.

35.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 35 of Plaintiffs' Verified Complaint.

36.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 36 of Plaintiffs' Verified Complaint.

37.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 37 of Plaintiffs' Verified Complaint.

38.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 38 of Plaintiffs' Verified Complaint.

39.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 39 of Plaintiffs' Verified Complaint.

40.     No response is required by this defendant to ¶ 40 of Plaintiffs' Verified Complaint. However, to the extent that a response is necessary, Defendant, Hackard & Holt, incorporates and references hereto all previous responses set forth hereinabove.

41.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 41 of Plaintiffs' Verified Complaint.

42.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 42 of Plaintiffs' Verified Complaint.

43.     No response is required by this defendant to ¶ 43 of Plaintiffs' Verified Complaint. However, to the extent that a response is necessary, Defendant, Hackard & Holt, incorporates and references hereto all previous responses set forth hereinabove.

44.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 44 of Plaintiffs' Verified Complaint.

45.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 45 of Plaintiffs' Verified Complaint.

46.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 46 of Plaintiffs' Verified Complaint.

47.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 47 of Plaintiffs' Verified Complaint.

48.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 48 of Plaintiffs' Verified Complaint.

49.     No response is required by this defendant to ¶ 49 of Plaintiffs' Verified Complaint. However, to the extent that a response is necessary, Defendant, Hackard & Holt, incorporates and references hereto all previous responses set forth hereinabove.

50.     Defendant, Hackard & Holt, denies the allegations contained in ¶ 50 of Plaintiffs' Verified Complaint.

51.	No response is required by this defendant to ¶ 51 of Plaintiffs' Verified Complaint. However, to the extent that a response is necessary, Defendant, Hackard & Holt, incorporates and references hereto all previous responses set forth hereinabove.

52.	Defendant, Hackard & Holt, denies the allegations contained in ¶ 52 of Plaintiffs' Verified Complaint.

53.	No response is required by this defendant to ¶ 53 of Plaintiffs' Verified Complaint. However, to the extent that a response is necessary, Defendant, Hackard & Holt, incorporates and references hereto all previous responses set forth hereinabove.

54.	Defendant, Hackard & Holt, denies the allegations contained in ¶ 54 of Plaintiffs' Verified Complaint.

55.	No response is required by this defendant to ¶ 55 of Plaintiffs' Verified Complaint. However, to the extent that a response is necessary, Defendant, Hackard & Holt, incorporates and references hereto all previous responses set forth hereinabove.

56.	Defendant, Hackard & Holt, denies the allegations contained in ¶ 56 of Plaintiffs' Verified Complaint.

57.	Defendant, Hackard & Holt, denies the allegations contained in ¶ 57 of Plaintiffs' Verified Complaint.

58.	Defendant, Hackard & Holt, denies the allegations contained in ¶ 58 of Plaintiffs' Verified Complaint.

59.	No response is required by this defendant to ¶ 59 of Plaintiffs' Verified Complaint. However, to the extent that a response is necessary, Defendant, Hackard & Holt, incorporates and references hereto all previous responses set forth hereinabove.

60.	Defendant, Hackard & Holt, is without sufficient information to admit or deny the allegations contained in ¶ 60 with respect to Todd P. Lindley. Defendant, Hackard & Holt, denies the remaining allegations contained in ¶ 60 of Plaintiffs' Verified Complaint.

61. Defendant, Hackard & Holt, is without sufficient information to admit or deny the allegations contained in ¶ 61 with respect to Todd P. Lindley. Defendant, Hackard & Holt, denies the remaining allegations contained in ¶ 61 of Plaintiffs' Verified Complaint.

62. Defendant, Hackard & Holt, is without sufficient information to admit or deny the allegations contained in ¶ 62 with respect to Todd P. Lindley. Defendant, Hackard & Holt, denies the remaining allegations contained in ¶ 62 of Plaintiffs' Verified Complaint.

63. Defendant, Hackard & Holt, is without sufficient information to admit or deny the allegations contained in ¶ 63 with respect to Todd P. Lindley. Defendant, Hackard & Holt, denies the remaining allegations contained in ¶ 63 of Plaintiffs' Verified Complaint.

64. No response is required by this defendant to ¶ 64 of Plaintiffs' Verified Complaint. However, to the extent that a response is necessary, Defendant, Hackard & Holt, incorporates and references hereto all previous responses set forth hereinabove.

65. Defendant, Hackard & Holt, denies the allegations contained in ¶ 65 of Plaintiffs' Verified Complaint.

66. Defendant, Hackard & Holt, denies the allegations contained in ¶ 66 of Plaintiffs' Verified Complaint.

67. Defendant, Hackard & Holt, is without sufficient information to admit or deny the allegations contained in ¶ 67 with respect to Todd P. Lindley. Defendant, Hackard & Holt, denies the remaining allegations contained in ¶ 67 of Plaintiffs' Verified Complaint.

68. Defendant, Hackard & Holt, denies the allegations contained in ¶ 68 of Plaintiffs' Verified Complaint.

69. Defendant, Hackard & Holt, denies the allegations contained in ¶ 69 of Plaintiffs' Verified Complaint.

70. Defendant, Hackard & Holt, denies the allegations contained in ¶ 70 of Plaintiffs' Verified Complaint.

71. No response is required by this defendant to ¶ 71 of Plaintiffs' Verified Complaint. However, to the extent that a response is necessary, Defendant, Hackard & Holt, incorporates and references hereto all previous responses set forth hereinabove.

72. Defendant, Hackard & Holt, denies the allegations contained in ¶ 72 of Plaintiffs' Verified Complaint.

73. Defendant, Hackard & Holt, denies the allegations contained in ¶ 73 of Plaintiffs' Verified Complaint.

74. Defendant, Hackard & Holt, denies the allegations contained in ¶ 74 of Plaintiffs' Verified Complaint.

75. Defendant, Hackard & Holt, denies the allegations contained in ¶ 75 of Plaintiffs' Verified Complaint.

76. Defendant, Hackard & Holt, denies the allegations contained in ¶ 76 of Plaintiffs' Verified Complaint.

77. Defendant, Hackard & Holt, denies the allegations contained in ¶ 77 of Plaintiffs' Verified Complaint.

## AFFIRMATIVE DEFENSES

1. Plaintiff is not entitled to recover against Hackard & Holt under its claims and allegations set forth in the Complaint because Hackard & Holt is not a party to any of the contractual relationships either as they actually existed or even as alleged by Plaintiff in its Complaint.

2. Plaintiff is not entitled to recover against Hackard & Holt because there is not, nor was there ever, any privity of contract between Hackard & Holt and Plaintiff.

3. Plaintiffs are not entitled to recover under the claims and allegations set forth in their Complaint because Plaintiffs failed to properly mitigate its damages.

4.   Hackard & Holt pleads unjust enrichment as a barr to Plaintiffs' claims and allegations as set forth in their Complaint.

5.   Plaintiff is not entitled to recover under its claims and allegations set forth in its Complaint because all conditions precedent and necessary for payments have not occurred.

6.   Defendant Hackard & Holt pleads the *doctrine of waiver and estoppel*.

Respectfully submitted, this 29th day of July, 2008.

/s/ Gregory L. Davis
GREGORY L. DAVIS (DAV077)
*Attorney for Defendant,* HACKARD & HOLT

OF COUNSEL:

THE LAW OFFICES OF GREGORY L. DAVIS
6987 Halcyon Park Drive
Montgomery, AL 36117
Telephone: (334) 832-9080
Facsimile: (334) 409-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2008, I served the foregoing document upon the following counsel of record by mailing a copy of same via U.S. mail, postage prepaid, and/or electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George L. Beck, Jr., Esq.
Richard H. Allen, Esq.
Arden Reed Pathak, Esq.
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street
Montgomery, AL 36104

Todd P. Lindley
8409 Pickwick Lane
Suite 385
Dallas, Texas 75225

Philip O. Watts
Watts & Watts
210 Park Avenue
Suite 1110
Oklahoma City, OK 73102

Aylstock, Witkin & Sasser
Post Office Box 1147
Gulf Breeze, Florida 32562

/s/ Greg L. Davis
OF COUNSEL