IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) CASE NO.: 2:07-cv-0076-WKW ) |
| TODD P. LINDLEY, *et al.*, | ) ) ) |
| *Defendants*. | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, GREGORY L. DAVIS, and hereby files this Notice of Appearance of counsel of record on behalf of Defendant, **HACKARD & HOLT**, in the above-styled cause of action.

Respectfully submitted, this 29th day of July, 2008.

/s/ Gregory L. Davis
GREGORY L. DAVIS (DAV077)
*Attorney for Defendant,* HACKARD & HOLT

OF COUNSEL:

THE LAW OFFICES OF GREGORY L. DAVIS
6987 Halcyon Park Drive
Montgomery, AL 36117
Telephone: (334) 832-9080
Facsimile: (334) 409-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2008, I served the foregoing document upon the following counsel of record by mailing a copy of same via U.S. mail, postage prepaid, and/or electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George L. Beck, Jr., Esq.
Richard H. Allen, Esq.
Arden Reed Pathak, Esq.
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, AL  36104

Todd P. Lindley
8409 Pickwick Lane
Suite 385
Dallas, Texas  75225

Philip O. Watts
Watts & Watts
210 Park Avenue
Suite 1110
Oklahoma City, OK  73102

Aylstock, Witkin & Sasser
Post Office Box 1147
Gulf Breeze, Florida  32562

/s/ Greg L. Davis
OF COUNSEL