IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) CASE NO.: 2:07-cv-0076-WKW ) |
| TODD P. LINDLEY, *et al.*, | ) ) |
| *Defendants*. | ) |

## MOTION TO SET ASIDE DEFAULT JUDGMENT

**COMES NOW** Defendant, HACKARD & HOLT, by and through undersigned counsel, and hereby moves this Honorable Court to set aside the default judgment entered against Hackard & Holt (hereinafter referred to as "H & H") on or about July 8, 2008 and as grounds therefore states unto the Court as follows:

1.  Defendant, Michael Austin Hackard, has a meritorious defense to the default judgment in that he was not a party to any contract or agreement entered into by and between Defendant Lindley and Plaintiff (see attached Affidavit in support thereof);

2.  Defendant, Michael Austin Hackard, was not notified of this Honorable Court's June 12, 2008 Order requiring Hackard & Holt to obtain counsel by June 20, 2008;

3.  Defendant, Michael Austin Hackard, did not receive notice directing H & H to show cause why it should not be held in contempt of this Court;

4. Defendant, Michael Austin Hackard, received a copy of this Court's July 8, 2008 Order and immediately began seeking counsel to represent him in Alabama; and

5. Defendant, Michael Austin Hackard, apologizes to this Honorable Court for his partner's inexcusable neglect and failure to comply with Court orders.

**WHEREFORE** premises considered Defendant, HACKARD & HOLT, hereby respectfully requests this Honorable Court enter an Order setting aside the default judgment entered against Defendant Hackard & Holt or, in the alternative, set this matter for hearing oral argument.

Respectfully submitted, this 29th day of July, 2008.

/s/ Gregory L. Davis
GREGORY L. DAVIS (DAV077)
*Attorney for Defendant, HACKARD & HOLT*

OF COUNSEL:

THE LAW OFFICES OF GREGORY L. DAVIS
6987 Halcyon Park Drive
Montgomery, AL 36117
Telephone: (334) 832-9080
Facsimile: (334) 409-7001

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2008, I served the foregoing document upon the following counsel of record by mailing a copy of same via U.S. mail, postage prepaid, and/or electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George L. Beck, Jr., Esq.
Richard H. Allen, Esq.
Arden Reed Pathak, Esq.
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, AL  36104

Todd P. Lindley
8409 Pickwick Lane
Suite 385
Dallas, Texas  75225

Philip O. Watts
Watts & Watts
210 Park Avenue
Suite 1110
Oklahoma City, OK  73102

Aylstock, Witkin & Sasser
Post Office Box 1147
Gulf Breeze, Florida  32562

                                                            /s/ Greg L. Davis
                                                            OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) CASE NO.: 2:07-cv-0076-WKW ) |
| TODD P. LINDLEY, *et al.*, | ) ) |
| *Defendants*. | ) ) |

AFFIDAVIT OF MICHAEL AUSTIN HACKARD
IN SUPPORT OF MOTION TO SET ASIDE DEFAULT

STATE OF California  )

Sacramento   COUNTY )

BEFORE ME, the undersigned authority, personally appeared MICHAEL AUSTIN HACKARD, who being by me first duly sworn under oath deposes and says as follows:

"1. My name is Michael Austin Hackard. I am presently an attorney licensed to practice law in the state of California and was so admitted to practice on December 22, 1976. My California State Bar no. is 71067.

2. I, along with Theodore J. Holt, founded the law firm of Hackard & Holt in 1993. In late 2003, I left Hackard & Holt pursuant to a buy-out arrangement with Theodore J. Holt. According to our agreement, Holt was to keep me informed of the financial matters of the law firm and to defend and indemnify me for any claims against Hackard & Holt. Holt has failed to do this and, in particular, he has failed to do this with regard to

the instant case. His failure to keep me informed is a direct breach of our agreement.

3. I am now working with counsel to address a series of Holt's failures to keep me informed of the instant case. I apologize to the Court for whatever failed response or representations that were made by Theodore J. Holt and for his actions the Court aptly describes as "indefinite promises to comply with a clear order of the court…"

4. Once I received a copy of United States District Judge Watkins' July 8, 2008 Order for entry of default against Hackard & Holt, I immediately began to take all necessary steps to comply with this Honorable Court's previous Orders and immediately sought to hire local counsel on behalf of Hackard & Holt.

5. Prior to reviewing the Order, I was neither aware nor had I been informed by anyone from Hackard & Holt that plaintiffs had moved for entry of default judgment in the instant case. I was neither aware nor had I been provided with Theodore J. Holt's July 2, 2008 letter to this Honorable Court or of the Court's Order of June 23, 2008. Theodore J. Holt has neither provided me with copies of these prior orders nor any other documents related to this case.

6. When I met with Theodore J. Holt at the law offices of Hackard & Holt, I presented a copy of the Court's Order of July 8, 2008 to Theodore J. Holt and asked for an explanation. He really had no explanation and he did not deny that I had never been informed of the matters before this Court, or of the Court's actions with regard to contempt, default, or any other Court action. His response for the most part was 'nonresponsive' and failed to address what was happening in this Court.

7. I realize that there has been a severe breakdown in communication between me and Theodore J. Holt with regard to the instant case. I can only apologize for the inexcusable failures which have transpired thus far. I am, by this affidavit, representing to this Honorable Court that I will take whatever steps necessary to fully comply with all previous Orders entered by this Court and to work towards a resolution of this case."

AFFIANT FURTHER SAITH NOT.

_____ [L.S.]
MICHAEL AUSTIN HACKARD

    **SWORN TO** and **SUBSCRIBED BEFORE ME** this 28th day of ___July___, 2008.

_____

[SEAL]    NOTARY PUBLIC
My Commission Expires: October 1, 2010



CHRISTIE THOMASON
COMM. #1696924
NOTARY PUBLIC·CALIFORNIA
SACRAMENTO CO.
EXP. OCT 1, 2010

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) CASE NO.: 2:07-cv-0076-WKW ) |
| TODD P. LINDLEY, *et al.*, | ) ) |
| *Defendants*. | ) |

## MOTION TO SET ASIDE DEFAULT JUDGMENT

**COMES NOW** Defendant, HACKARD & HOLT, by and through undersigned counsel, and hereby moves this Honorable Court to set aside the default judgment entered against Hackard & Holt (hereinafter referred to as "H & H") on or about July 8, 2008 and as grounds therefore states unto the Court as follows:

    1.    Defendant, Michael Austin Hackard, has a meritorious defense to the default judgment in that he was not a party to any contract or agreement entered into by and between Defendant Lindley and Plaintiff (see attached Affidavit in support thereof);

    2.    Defendant, Michael Austin Hackard, was not notified of this Honorable Court's June 12, 2008 Order requiring Hackard & Holt to obtain counsel by June 20, 2008;

    3.    Defendant, Michael Austin Hackard, did not receive notice directing H & H to show cause why it should not be held in contempt of this Court;

4.      Defendant, Michael Austin Hackard, received a copy of this Court's July 8, 2008 Order and immediately began seeking counsel to represent him in Alabama; and

5.      Defendant, Michael Austin Hackard, apologizes to this Honorable Court for his partner's inexcusable neglect and failure to comply with Court orders.

**WHEREFORE** premises considered Defendant, HACKARD & HOLT, hereby respectfully requests this Honorable Court enter an Order setting aside the default judgment entered against Defendant Hackard & Holt or, in the alternative, set this matter for hearing oral argument.

Respectfully submitted, this 29th day of July, 2008.

/s/ Gregory L. Davis
GREGORY L. DAVIS (DAV077)
*Attorney for Defendant, HACKARD & HOLT*

OF COUNSEL:

THE LAW OFFICES OF GREGORY L. DAVIS
6987 Halcyon Park Drive
Montgomery, AL 36117
Telephone:  (334) 832-9080
Facsimile: (334) 409-7001

## CERTIFICATE OF SERVICE

  I hereby certify that on July 29, 2008, I served the foregoing document upon the following counsel of record by mailing a copy of same via U.S. mail, postage prepaid, and/or electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George L. Beck, Jr., Esq.
Richard H. Allen, Esq.
Arden Reed Pathak, Esq.
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, AL  36104

Todd P. Lindley
8409 Pickwick Lane
Suite 385
Dallas, Texas  75225

Philip O. Watts
Watts & Watts
210 Park Avenue
Suite 1110
Oklahoma City, OK  73102

Aylstock, Witkin & Sasser
Post Office Box 1147
Gulf Breeze, Florida  32562

                /s/ Greg L. Davis
                OF COUNSEL