IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **BRIDGEWAY MOBILE DIAGNOSTICS, LLC,** *et al.*, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | CASE NO.: 2:07-cv-0076-WKW |
| **TODD P. LINDLEY,** *et al.*, | ) ) ) | |
| *Defendants.* | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, **EDWARD KIRKSEY WOOD, JR.**, and hereby files this Notice of Appearance of counsel of record on behalf of Defendant, **THEODORE J. HOLT**, in the above-styled cause of action.

Respectfully submitted, this 29th day of July, 2008.

/s/ Edward Kirksey Wood, Jr.
EDWARD KIRKSEY WOOD, JR. (WOO046)
*Attorney for Defendant,* THEODORE J. HOLT

OF COUNSEL:

WOOD LAW FIRM, L.L.C.
P.O. Box 382434
Birmingham, AL 35238-2434
Tel: (205) 612-0243
Fax: (205) 705-1233

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2008, I served the foregoing document upon the following counsel of record by mailing a copy of same via U.S. mail, postage prepaid, and/or electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George L. Beck, Jr., Esq.
Richard H. Allen, Esq.
Arden Reed Pathak, Esq.
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, AL  36104

Todd P. Lindley
8409 Pickwick Lane
Suite 385
Dallas, Texas  75225

Philip O. Watts
Watts & Watts
210 Park Avenue
Suite 1110
Oklahoma City, OK  73102

Aylstock, Witkin & Sasser
Post Office Box 1147
Gulf Breeze, Florida  32562


                                              /s/ Edward Kirksey Wood, Jr.
                                              OF COUNSEL