IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) CASE NO.: 2:07-cv-0076-WKW ) |
| TODD P. LINDLEY, *et al.*, | ) ) |
| *Defendants*. | ) |

## MOTION TO SET ASIDE DEFAULT JUDGMENT

**COMES NOW** Defendant, THEODORE J. HOLT, by and through undersigned counsel, and hereby moves this Honorable Court to set aside the default judgment entered against defendant, Theodore J. Holt, on or about July 8, 2008 and as grounds therefore states unto the Court as follows:

1. Defendant, Theodore J. Holt, apologizes to this Honorable Court for his inexcusable failure to comply with this Court's previous Orders;

2. Due to unforeseen and unexpected changes in personnel associated with this case, key court mandated deadlines were not met by designated staff, which is admittedly an inexcusable management failure by myself in my position of leadership with this firm; and

3. I would ask this Court to take notice that I am working aggressively to remedy such staff and leadership failures and I have at long last engaged local counsel with full authority to work with this Court to resolve these matters.

**WHEREFORE** premises considered Defendant, THEODORE J. HOLT, hereby respectfully requests this Honorable Court enter an Order setting aside the default judgment entered against Defendant, Theodore J. Holt, or in the alternative, set this matter for hearing oral argument.

Respectfully submitted, this 29th day of July, 2008.

/s/ Edward Kirksey Wood, Jr.
EDWARD KIRKSEY WOOD, JR. (WOO046)
*Attorney for Defendant, THEODORE J. HOLT*

OF COUNSEL:

WOOD LAW FIRM, L.L.C.
P.O. Box 382434
Birmingham, AL 35238-2434
Tel: (205) 612-0243
Fax: (205) 705-1233

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, I served the foregoing document upon the following counsel of record by mailing a copy of same via U.S. mail, postage prepaid, and/or electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George L. Beck, Jr., Esq.
Richard H. Allen, Esq.
Arden Reed Pathak, Esq.
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, AL  36104

Todd P. Lindley
8409 Pickwick Lane
Suite 385
Dallas, Texas  75225

Philip O. Watts
Watts & Watts
210 Park Avenue
Suite 1110
Oklahoma City, OK  73102

Aylstock, Witkin & Sasser
Post Office Box 1147
Gulf Breeze, Florida  32562


/s/ Edward Kirksey Wood, Jr.
OF COUNSEL