IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| TODD P. LINDLEY, et al., | ) ) |
| Defendants. | ) |

CASE NO.: 2:07-cv-0076-WKW

## **CONFLICT DISCLOSURE STATEMENT**

COMES NOW Theodore J. Holt, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- X    This party is an individual, or
- ☐    This party is a governmental entity, or
- ☐    There are no entities to be reported, or
- ☐    The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                                      <u>Relationship to Party</u>

_____             _____
_____             _____
_____             _____


/s/ Edward Kirksey Wood, Jr.
Edward Kirksey Wood, Jr. (WOO046)
Attorney for Defendant, Theodore J. Holt

**OF COUNSEL:**

Wood Law Firm, LLC
P. O. Box 382434
Birmingham, Alabama 35238-2434
Tel: (205) 612-0243
Fax: (205) 705-1233


**CERTIFICATE OF SERVICE**

I hereby certify that on the  5th  day of August, 2008, I served the foregoing document upon the following counsel of record by mailing a copy of the same via U.S. Mail, postage prepaid, and/or electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George L. Beck, Jr., Esq.
Richard H. Allen, Esq.
Arden Reed Pathak, Esq.
Capell & Howard, P.C.
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36104

Todd P. Lindley
8409 Pickwick Lane, Suite 385
Dallas, Texas 75225

Phillip O. Watts
Watts & Watts
210 Park Avenue, Suite 1110
Oklahoma City, OK 73102

Aylstock, Witkin & Sasser
Post Office Box 1147
Gulf Breeze, Florida 32562

Greg L. Davis, Esq.
Law Offices of Greg L. Davis
6987 Halcyone Park Drive
Montgomery, Alabama 36117

          /s/ Edward Kirksey Wood, Jr.
          OF COUNSEL