IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )    CASE NO.: 2:07-cv-0076-WKW ) |
| TODD P. LINDLEY, et al., | ) ) |
| Defendants. | ) |

**NOTICE OF NO OBJECTION**

COMES NOW the Defendant, Theodore J. Holt, and in accordance with this Court's Order dated July 30, 2008, and states that Defendant Holt has no objection to Mr. Gregory L. Davis's representation of Defendant Hackard & Holt.

                Respectfully submitted,

                /s/ Edward Kirksey Wood, Jr.
                Edward Kirksey Wood, Jr. (WOO046)
                Attorney for Defendant, Theodore J. Holt

**OF COUNSEL:**

Wood Law Firm, LLC
P. O. Box 382434
Birmingham, Alabama 35238-2434
Tel: (205) 612-0243
Fax: (205) 705-1233

## CERTIFICATE OF SERVICE

I hereby certify that on the  6th  day of August, 2008, I served the foregoing document upon the following counsel of record by mailing a copy of the same via U.S. Mail, postage prepaid, and/or electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George L. Beck, Jr., Esq.
Richard H. Allen, Esq.
Arden Reed Pathak, Esq.
Capell & Howard, P.C.
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36104

Todd P. Lindley
8409 Pickwick Lane, Suite 385
Dallas, Texas 75225

Phillip O. Watts
Watts & Watts
210 Park Avenue, Suite 1110
Oklahoma City, OK 73102

Aylstock, Witkin & Sasser
Post Office Box 1147
Gulf Breeze, Florida 32562

Greg L. Davis, Esq.
Law Offices of Greg L. Davis
6987 Halcyone Park Drive
Montgomery, Alabama 36117

/s/ Edward Kirksey Wood, Jr.
OF COUNSEL