IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE.: 2:07-cv-0076-WKW ) |
| TODD P. LINDLEY, et al., | ) ) |
| Defendants. | ) ) |

## NOTICE OF CLARIFYING TYPE OF BUSINESS ENTITY AND MICHAEL A. HACKARD'S AFFILIATION

COMES NOW Hackard & Holt by and through the undersigned counsel and in response to this Honorable Court's July 30, 2008 Order hereby clarifies the type of business entity by which H & H is organized and does hereby clarify the capacity in which Mr. Michael A. Hackard appears in this action by stating as follows:

Hackard & Holt is a California General partnership. Mr. Theodore J. Holt is the sole managing Partner, handling all business concerns and daily activities of the firm. Michael A. Hackard is technically a minority partner, not having been active in management or control of the firm since his retirement from the firm in October 2003.

_____
COUNSEL

**OF COUNSEL:**

Greg L. Davis
6987 Halcyon Park Drive
Montgomery, Alabama 36117
Tel: (334) 832-9080
Fax: (334) 409-7001

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2008, I served the foregoing document upon the following counsel of record by mailing a copy of the same via U.S. Mail, postage prepaid, and/or electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

_____
COUNSEL

George L. Beck, Jr., Esq.
Richard H. Allen, Esq.
Arden Reed Pathak, Esq.
Capell & Howard, P.C.
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36104

Todd P. Lindley
8409 Pickwick Lane, Suite 385
Dallas, Texas 75225

Phillip O. Watts
Watts & Watts
210 Park Avenue, Suite 1110
Oklahoma City, OK 73102

Aylstock, Witkin & Sasser
Post Office Box 1147
Gulf Breeze, Florida 32562

Wood Law Firm, LLC
P.O. Box 382434
Birmingham, Alabama 35238-2434