IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CASE.: 2:07-cv-0076-WKW |
| TODD P. LINDLEY, et al., | ) ) | |
| Defendants. | ) ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Hackard & Holt, a Defendant in the above-captioned matter, and in accordance with the order in this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

_____
COUNSEL

**OF COUNSEL:**

Greg L. Davis
6987 Halcyon Park Drive
Montgomery, Alabama 36117
Tel: (334) 832-9080
Fax: (334) 409-7001

## CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of August, 2008, I served the foregoing document upon the following counsel of record by mailing a copy of the same via U.S. Mail, postage prepaid, and/or electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

_____
COUNSEL

George L. Beck, Jr., Esq.
Richard H. Allen, Esq.
Arden Reed Pathak, Esq.
Capell & Howard, P.C.
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama 36104

Todd P. Lindley
8409 Pickwick Lane, Suite 385
Dallas, Texas 75225

Phillip O. Watts
Watts & Watts
210 Park Avenue, Suite 1110
Oklahoma City, OK 73102

Aylstock, Witkin & Sasser
Post Office Box 1147
Gulf Breeze, Florida 32562

Wood Law Firm, LLC
P.O. Box 382434
Birmingham, Alabama 35238-2434