IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CASE NO. 2:07-cv-76-WKW |
| TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J. HOLT; HACKARD & HOLT, a Partnership; PHIL WATTS ; WATTS & WATTS, a Partnership ; AYLSTOCK, WITKIN & SASSER, a Florida Professional Limited Liability Company, | * * * * * * * * | |
| Defendants. | * | |

## REPORT OF THE PARTIES' PLANNING MEETING

1. Pursuant to Federal Rule of Civil Procedure 26(f) and this Court's Order of July 30, 2008, the parties held a planning meeting on August 15, 2008. The following parties participated through counsel: Richard H. Allen for Plaintiffs Bridgeway Mobile Diagnostics, LLC and Donna Hoover; Edward Kirksey Wood for Defendant Theodore J. Holt; Greg Louis Davis for Defendant Hackard & Holt, and Todd Lindley, *Pro se.*

2. <u>Pre-Discovery Disclosures</u>. The parties will exchange by September 8, 2008, the information required under Fed.R.Civ.P. 26(a)(1).

3. <u>Discovery Plan</u>. Discovery will be needed on the following subjects: Plaintiffs' claims and damages, including but not limited to, issues related to Defendants' agreements between themselves and with Plaintiffs, the status of all Fen-Phen claimants represented by Defendants and tested by Plaintiffs, the amount of Fen-Phen settlements handled by Defendants, the value of services received by Defendants and Defendants' knowledge of services provided by Plaintiffs. Defendants will also need discovery on the services Plaintiffs claim to have provided to Defendants, contacts between the Plaintiffs and Defendants, and other relevant information that Plaintiffs' will use to support their claims.

The parties hereto jointly propose to the Court the following discovery plan:

All discovery must be commenced in time to be completed by March 13, 2009.

Each party may propound a maximum of 40 interrogatories and 40 requests for production of documents to any other party. Responses to be due as required by Federal Rule of Civil Procedure 33.

Each party may propound a maximum of 40 requests for admission to any other party. Responses to be due as required by Federal Rule of Civil Procedure 36.

Maximum of 7 depositions by Plaintiff and 5 by each Defendant. Depositions are limited, as required by the Federal Rules of Civil Procedure.

Reports from retained experts under Federal Rule of Civil Procedure 26(a)(2) due not later than:

Plaintiffs: January 8, 2009.

Defendants: February 6, 2009.

Supplementation of discovery under Federal Rule of Civil Procedure 26(e) due by March 13, 2009, and at any time thereafter until trial.

4.      Conferences with the Court. The parties do not request a conference with the Court prior to entry of a scheduling order; however, the parties request a pretrial conference in April, 2009.

5.      Additional Deadlines. The parties jointly propose the following additional deadlines:

Plaintiffs may join additional parties or otherwise amend their pleadings until October 15, 2008.

Defendants may join additional parties or otherwise amend their pleadings until November 17, 2008.

Potentially dispositive motions may be filed at any time on or before January 16, 2009.

Final witness and exhibit lists under Federal Rule of Civil Procedure 26(a)(3) are due 30 days before the date set by the Court for

commencement of trial.  Parties have 10 days after service of final lists of witnesses and exhibits to submit objections thereto.

This case should be ready for trial by June 1, 2009, and at this time the parties expect trial to last 5 days.

      6.    <u>Settlement</u>.  The parties are presently engaged in settlement discussions. Should these discussions not achieve settlement, the parties believe that some discovery is necessary prior to submitting a formal evaluation thereof to the Court.

Submitted this 20th day of August, 2008.

                                              <u>**/s/ Richard H. Allen**</u>
                                              **George L. Beck, Jr. (BEC011)**
                                              **Richard H. Allen (ALL052)**
                                              **Arden Reed Pathak (PAT072)**
                                              Attorneys for Plaintiffs

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL  36102-2069
Telephone:    (334) 241-8000
Facsimile:    (334) 323-8888

                                              <u>**/s/ Todd P. Lindley**</u>
                                              **Todd P. Lindley,** *Pro se*

                                          **/s/ Edward Kirksey Wood**
                                          **Edward Kirksey Wood**
                                          **Attorney for Theodore J. Holt**

**OF COUNSEL:**
Wood Law Firm, LLC
P. O. Box 382434
Birmingham, AL 35238
Telephone: 205-612-0243
Fax: 205-324-4649

                                          **/s/ Greg Louis Davis**
                                          **Greg Louis Davis**
                                          **Attorney for Hackard & Holt**

**OF COUNSEL:**
Greg Louis Davis
6987 Halcyon Park Drive
Montgomery, AL 36117
Telephone: 334-832-9080
Fax: 334-409-7001