IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIDGEWAY MOBILE DIAGNOSTICS, LLC, an Alabama Limited Liability Company, and DONNA HOOVER, | * * * * * |
| Plaintiffs, | * * |
| v. | * CASE NO. 2:07-cv-76-WKW * |
| TODD P. LINDLEY d/b/a LINDLEY & ASSOCIATES; THEODORE J. HOLT; HACKARD & HOLT, a Partnership; PHIL WATTS ; WATTS & WATTS, a Partnership ; AYLSTOCK, WITKIN & SASSER, a Florida Professional Limited Liability Company, | * * * * * * * * |
| Defendants. | * |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS Plaintiffs Bridgeway Mobile Diagnostics, LLC and Donna Hoover ("Plaintiffs") and Defendants Todd P. Lindley d/b/a Lindley & Associates, Theodore J. Holt, Michael A. Hackard and Hackard & Holt (collectively, the "Defendants") (collectively, the Plaintiffs and Defendants referred to herein as the "Parties") have settled all claims by and between them, and all other defendants having been previously dismissed from this action, the Parties hereby jointly stipulate that this action should be dismissed, in its entirety, with prejudice, with the Parties to bear their own fees and costs.

Respectfully submitted this the 14th day of January, 2009.

           /s/ Richard H. Allen
           George L. Beck, Jr. (BEC011)
           Richard H. Allen (ALL052)
           Arden Reed Pathak (PAT072)
           **Attorneys for Plaintiffs**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
Post Office Box 2069
150 South Perry Street 36104
Montgomery, AL 36102-2069
Telephone:  (334) 241-8000
Facsimile:  (334) 323-8888

           /s/ Edward Kirksey Wood
           **Edward Kirksey Wood**
           **Attorney for Theodore J. Holt**

**OF COUNSEL:**
Wood Law Firm, LLC
P. O. Box 382434
Birmingham, AL 35238
Telephone: 205-612-0243
Fax: 205-324-4649

           /s/ Greg Louis Davis
           **Greg Louis Davis**
           **Attorney for Hackard & Holt**

**OF COUNSEL:**
Greg Louis Davis
6987 Halcyon Park Drive
Montgomery, AL 36117
Telephone: 334-832-9080
Fax: 334-409-7001

           /s/ Todd P. Lindley
           **Todd P. Lindley**, *Pro se*

           /s/ Michael A. Hackard
           **Michael A. Hackard**, *Pro se*